UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRSHAD TANVEER and ASHER TANVEER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13 c 00017 |
| ) | |
| JANET NAPOLITANO, Secretary, ) | |
| U.S. Department of Homeland Security, and ) | Judge John F. Grady |
| LORI PIETROPAOLI, Chicago Field Office Director ) | |
| of the U.S. Citizenship and Immigration Services, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO DISMISS
WITH LEAVE TO REINSTATE WITHIN SIX MONTHS**

The Parties jointly move this court to dismiss the Plaintiffs' Complaint for Writ of Mandamus with leave to reinstate within six months and in support thereof state as follows:

1. Plaintiffs' have filed a Complaint for Mandamus to order immediate adjudication of the plaintiffs' Application to Register Permanent Residence or Adjust Status (Form I-485).

2. That counsel for both sides have discussed the matter and reasonably believe that the case can be resolved within the next six months.

3. That in the interests of judicial economy it would benefit this court and both parties if the matter was dismissed at this time.

WHEREFORE, the parties agree and so move this honorable court to dismiss the case with leave to reinstate within six months

        Respectfully submitted,

        GARY S. SHAPIRO
        United States Attorney

        By: s/ Craig A. Oswald
            CRAIG A. OSWALD
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 886-9080
            craig.oswald@usdoj.gov

        Sofia Avilova
        Attorney for Plaintiffs

By:    s/ Sofia Avilova
        The Law Office of Sofia Avilova
        350 South Northwest Highway, Suite 300
        Park Ridge, IL 60068
        (773) 245-3578
        sofia_avilova@yahoo.com